```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        -v.-                          :    INDICTMENT

CESAR CASTRO,                         :    S2 04 Cr. 664 (TPG)
    a/k/a "Cesarito,"
JOSE REYES-RODRIGUEZ,                 :
    a/k/a "Moreno,"
    a/k/a "Boston," and               :
YONI FIGUEROA,
    a/k/a "Johnny,"                   :

                Defendants.           :

- - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 10 2007

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2003 until in or about 2004, in the Southern District of New York and elsewhere, CESAR CASTRO, a/k/a "Cesarito," JOSE REYES-RODRIGUEZ, a/k/a "Moreno," a/k/a "Boston," and YONI FIGUEROA, a/k/a "Johnny," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CESAR CASTRO, a/k/a "Cesarito," JOSE REYES-RODRIGUEZ, a/k/a "Moreno," a/k/a "Boston," and YONI FIGUEROA, a/k/a "Johnny," the defendants, and others known and unknown, would and did distribute, and possess with intent to distribute a controlled

substance, to wit, one kilogram and more of mixtures and substances containing a detectable quantity of heroin, in violation of Title 21, United States Code, Sections 812, 841(a) and 841(b)(1)(A).

OVERT ACTS

  3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

  a. On or about July 9, 2004, CESAR CASTRO, a/k/a "Cesarito," and JOSE REYES-RODRIGUEZ, a/k/a "Moreno," a/k/a "Boston," the defendants, had a meeting in New York, New York with other co-conspirators not named as defendants herein.

  b. In or about the Summer of 2004, CASTRO and a co-conspirator not named as a defendant herein ("CC-1") provided YONI FIGUEROA, a/k/a "Johnny," the defendant, with approximately 375 grams of heroin in the Bronx, New York.

  c. On or about March 31, 2004, CC-1 sold approximately 48 grams of heroin in Newark, New Jersey to a

Special Agent of the Drug Enforcement Administration acting in an undercover capacity.

(Title 21, United States Code, Section 846.)

_Katherine N. Brooks_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CESAR CASTRO,
a/k/a "Cesarito,"
JOSE REYES-RODRIGUEZ,
a/k/a "Moreno,"
a/k/a "Boston," and
YONI FIGUEROA,
a/k/a "Johnny,"

Defendants.

---

**INDICTMENT**

S2 04 Cr. 664 (TPG)

(21 U.S.C. § 846)

---

<u>Michael J. Garcia</u>
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

08/10/07
ERD    Superseding Indictment Filed.

Fox, J.