**MEMO ENDORSED**





LAW OFFICES OF

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007

Tel: 212 608-3188    Fax: 212 385 0231

January 9, 2008

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
For the Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

Re: <u>United States v. Yoni Figueroa</u>
04 cr 664

Dear Judge Griesa:

We are aware that the Court has scheduled a status conference in the above-captioned matter on January 16, 2008. We wish to inform the Court that the parties are actively engaged in plea negotiations, and we would respectfully request that the Court adjourn the status conference to a date convenient to all parties in March 2008.

The government consents to this request and we consent to an exclusion of time.

We thank the Court for considering our request.

Respectfully,
Jorge Guttlein & Associates

By: *Jorge Guttlein*
Jorge Guttlein, Esq.

JG/ec

Cc: Egal Loyaan
Assistant United States Attorney
One Saint Andrews Plaza
New York, New York 10007

*Approved*
*Thomas P. Griesa*
*USDJ*
*1/14/08*